UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SED, Inc. of South Carolina<br>d/b/a SED Gaming, | ) <br>) <br>) | |
| Plaintiff, | ) <br>) <br>) | |
| | ) | Case No. 7:10-cv-00222-H |
| v. | ) <br>) | |
| SEVEN CREEKS ENTERTAINMENT, LLC;<br>ANTHONY LONG;<br>JEREMY NEER;<br>JOHN FANNIN;<br>BRAD SKIDMORE;<br>CYBER CONNECT –NC, LLC; and<br>SEASIDE GAMING, INC., | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | |
| Defendants. | | |

## ORDER

Plaintiff SED, Inc. of South Carolina and Defendants John Fannin, Brad Skidmore, Cyber Connect –NC, LLC, and Seaside Gaming, Inc., having settled all claims between the moving parties that are before this Court, have jointly moved to dismiss the moving defendants from this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Having found no reason to deny the movants' joint motion, the requested relief is hereby GRANTED, and

IT IS SO ORDERED that Defendants John Fannin, Brad Skidmore, Cyber Connect –NC, LLC, and Seaside Gaming, Inc. are hereby dismissed from this action with prejudice.

SO ORDERED this 1st day of October, 2012.

_____
MALCOLM J. HOWARD
Senior United States District Judge